# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| THE STATE OF TEXAS, § | |
| Plaintiff, § | |
| v. § | No. 3:15-CV-887-N (BF) |
| RICARDO DON ARMSTEAD, JR., § | |
| Defendant. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The Court has under consideration the Findings, Conclusions and Recommendation of the United States Magistrate Judge Paul D. Stickney. Objections were filed. The District Court has made a *de novo* review of those portions of the proposed Findings, Conclusions and Recommendation to which objection was made. The objections are overruled.

**IT IS THEREFORE ORDERED** that the State of Texas's Motions to Dismiss [D.E. 20] is GRANTED.

**SO ORDERED** this 8th day of January, 2015.

_____
DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE